— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

NATIONAL SURETY COMPANY v. SELVIL CONSTRUCTION CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

NATIONAL SURETY COMPANY v. SELVIL CONSTRUCTION CORPORATION.— Motion for a stay denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

EDWIN F. WERRING and Another v. CHARLES SELIG, as Executor, etc., of HENRY W. SCHIFF, Deceased, and LILY SELIG, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JOSEPH A. L. BLEK v. FRANK WILSON, as President, or WILLIAM BECK, as Treasurer, of Local Union No. 3 of the International Brotherhood of Electrical Workers.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of LUCY WALLACH against HARRY WALLACH.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

IRVING TRUST COMPANY, as Trustee in Bankruptcy of the Estate of FEDERAL WOOD PRODUCTS CORPORATION, Bankrupt, v. COLONIAL RADIO CORPORATION, a Delaware Corporation, and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

IRVING TRUST COMPANY, as Trustee in Bankruptcy of the Estate of FEDERAL WOOD PRODUCTS CORPORATION, Bankrupt, v. COLONIAL RADIO CORPORATION and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ELIZABETH WILDERMANN v. SAMUEL R. WACHTELL, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JACOB EMERLE and ROSE EMERLE, His Wife, v. GEORGE VARGA and Others, Impleaded with CHARLES J. EGE. CHARLES J. EGE v. MARGARET SINGER and Others, Impleaded with JACOB EMERLE and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

FAY WEBB VALLEE v. HUBERT PRIOR VALLEE.— Motion for leave to appeal to the Court of Appeals denied. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THE BANK OF UNITED STATES v. PINCUS GLICKMAN.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [See ante, p. 92.]